# UNITED STATES DISTRICT COURT
## Northern District of California

CASTELLUCCI

        Plaintiff(s),

  v.

THOMAS EDWARDS CONSTRUCTION AND DESIGN ET AL

        Defendant(s).

No. C 09-01012 MEJ

**NOTICE OF REASSIGNMENT**

This matter has been reassigned to Chief Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. When filing papers that require the Court to take any action, the parties shall lodge chambers copies by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Chief Magistrate Judge James," the case number and "E-Filing Chambers Copy."

**IT IS SO ORDERED.**

Dated: June 30, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge