UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

CASTELLUCCI,

                Plaintiff(s),

  v.

THOMAS EDWARDS CONSTRUCTION AND DESIGN ET AL,

                Defendant(s).
_____/

No. C 09-01012 MEJ

**ORDER VACATING ADR REFERRAL**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**ORDER RE: PRESIDING JUDGE**

On January 28, 2010, the Court referred the parties in the above-captioned matter to the ADR Department to participate in a further mediation regarding Plaintiff's pending motion to enforce settlement. (Dkt. #26.) However, Plaintiff's counsel has since informed the Court that Plaintiff will only participate in a settlement conference before the undersigned magistrate judge. Accordingly, the Court hereby VACATES the January 28, 2010 mediation referral.

Instead, the Court hereby ORDERS the parties to appear for a settlement conference on February 5, 2010 at 10:30 a.m. in Judge James' **CHAMBERS**, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. On the date of the settlement conference, counsel and parties shall use the intercom adjacent to chambers' security entrance to notify the Court of their arrival. Settlement Conference statements shall be submitted by February 2, 2010, and in accordance with Magistrate Judge James' Standing Order Re: Settlement Conference Procedures, a copy of which may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James. The parties' statements need only address the present dispute.

Finally, because the undersigned is the presiding judge in this matter, the Court hereby ORDERS the parties to each file a statement waiving any objection whatsoever to Magistrate Judge Maria-Elena James serving as a mediator in this case while also remaining the presiding judge. The parties shall file their waivers by February 2, 2010.

**IT IS SO ORDERED.**

Dated: January 28, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge